```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


DONALD BRITTON
                                        CIVIL ACTION
VERSUS
                                        NUMBER 08-645-FJP-DLD
U.S. BANK, N.A.
```

## RULING

IT IS SO ORDERED that the motion to withdraw reference from the bankruptcy court is granted.

Baton Rouge, Louisiana, October 23, 2008.

```
                              _____
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```

USBC certified copy

Doc#45540